QUIN DENVIR, Bar #49374
Federal Defender

MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAIME GUERRA ROSAS


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-S-02-366-LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOLLOWING HEARING |
| v. | ) | |
| | ) | |
| JAIME GUERRA ROSAS, | ) | |
| | ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

This matter was before the court on April 19, 2005 for status hearing. The government was represented by Robin Taylor, Assistant United States Attorney, on behalf of William Wong, and the defendant was present with his counsel, Matthew C. Bockmon, Assistant Federal Defender. The defendant was present with the Court's interpreter.

More time was requested as defense counsel is still awaiting the government's decision on the counter-offer submitted by the defense.

Good cause appearing therefor,

IT IS ORDERED that this matter is continued to April 26, 2005 at 9:30 a.m. for further Status Conference/Change of Plea.

1    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)

2   (iv) and Local Code T4, the period from April 19, 2005 to April 26,

3   2005 is excluded from the time computations required by the Speedy

4   Trial Act due to ongoing preparation of counsel.

5   Dated:  April 21, 2005

6

7                          ____/s/Lawrence K. Karlton
                            LAWRENCE K. KARLTON
8                           Senior Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28