McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-02-366 LKK |
| Plaintiff, ) | |
| ) | ORDER FOLLOWING |
| v. ) | HEARING |
| JAIME GUERRA ROSAS, ) | |
| Defendant. ) | |

This matter came before the Court on April 26, 2005 for a status hearing/entry of plea.  The government was represented by its counsel, William S. Wong, Assistant United States Attorney, and the defendant was present in custody with his counsel, Matthew C. Bockmon, Assistant Federal Defender.  The defendant was assisted by the Court's Spanish speaking interpreter.

The defendant made a motion to relieve his present counsel, Matthew C. Bockmon, on grounds of irreconcilable differences.  The Court appointed attorney Dina Santos, Esquire, to represent the defendant and relieved Matthew C. Bockmon as the defendant's attorney.

///

1

1     The defendant's motion to continue the status conference to May 24, 2005, at 9:30 a.m. was granted.  Counsel for the defendant, having just been appointed, requests additional time to read the discovery and investigate the case.  The parties request that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, the period from April 26, 2005, to May 24, 2005 to be excluded from the time computations required by the Speedy Trial Act due to Ms. Santos' request for time to effectively prepare the case.

ORDER

IT IS HEREBY ORDERED

DATED: April 28, 2005        /s/Lawrence K. Karlton
                                    HONORABLE LAWRENCE K. KARLTON
                                    United States District Judge