```
McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2790
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JAIME GUERRA ROSAS,<br><br>    Defendant.<br>_____ | CR. NO. S-02-366 LKK<br><br>ORDER RE: SCHEDULING<br>STATUS CONFERENCE AND<br>EXCLUDING TIME UNDER<br>THE SPEEDY TRIAL ACT<br><br>DATE: July 12, 2005<br>TIME: 9:30 a.m.<br>CTRM: Hon. Lawrence K. Karlton |

    On May 24, 2005, the Court held a status conference in this case.  Assistant United States Attorney William S. Wong appeared on behalf of plaintiff, United States of America.  Dina Santos, Esq., appeared with defendant Jaime Guerra Rosas, who was in custody.

    At the request of the defendant, this Court granted a continuance for a further status conference on July 12, 2005, at 9:30 a.m.  The Court further excluded time from May 24, 2005, to, and including, July 12, 2005, from computation of time within which

///
///
///
///

1  the trial of this case must be commenced pursuant Local Code T4 (to
2  allow the defense counsel reasonable time to prepare).
3  DATED: June 6, 2005                McGREGOR W. SCOTT
                                       United States Attorney
4
5                                By:   /s/ William S. Wong
                                       WILLIAM S. WONG
6                                      Assistant U.S. Attorney
7
8                              O R D E R
9  IT IS SO ORDERED
10 DATED:  June 7, 2005.              /s/Lawrence K. Karlton
                                      HON. LAWRENCE K. KARLTON
11                                    United States District Judge