```
McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2790
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-02-366 LKK |
| ) | |
| Plaintiff, ) | ORDER RE: SCHEDULING |
| ) | STATUS CONFERENCE AND |
| v. ) | EXCLUDING TIME UNDER |
| ) | THE SPEEDY TRIAL ACT |
| JAIME GUERRA ROSAS, ) | |
| ) | DATE: July 26, 2005 |
| Defendant. ) | TIME: 9:30 a.m. |
| _____ ) | CTRM: Hon. Lawrence K. Karlton |

On July 12, 2005, the Court held a status conference in this case. Assistant United States Attorney William S. Wong appeared on behalf of plaintiff, United States of America. Dina Santos, Esq., appeared with defendant Jaime Guerra Rosas, who was in custody.

At the request of the parties, this Court granted a continuance for a further status conference to July 26, 2005, at 9:30 a.m. The Court further excluded time from July 12, 2005, to, and including, July 26, 2005, from computation of time within which the trial of

///
///
///
///

1

1  this case must be commenced pursuant Local Code T4 (to allow the
2  defense counsel reasonable time to prepare).
3
4  DATED: July 25, 2005                McGREGOR W. SCOTT
                                        United States Attorney
5
6                                      By:  /s/ William S. Wong
                                            WILLIAM S. WONG
7                                           Assistant U.S. Attorney
8
9                           O R D E R
10 IT IS SO ORDERED
11 DATED: July 25, 2005                /s/Lawrence K. Karlton
                                        HON. LAWRENCE K. KARLTON
12                                      United States District Judge