```
DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
Maria Magana
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>JAIME GUERRA ROSAS<br>              Defendant.<br>_____ | No. 2:02-cr-366 LKK<br><br>STIPULATION AND ORDER VACATING<br>DATE, CONTINUING CASE, AND<br>EXCLUDING TIME<br><br>Date:  AUGUST 2, 2005<br>Time:  9:30 a.m.<br>Judge: Hon. LAWRENCE KARLTON |

   **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney William Wong, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant JAIME GUERRA ROSAS, that the change of plea scheduled for July 26, 2005, be vacated and the matter be continued to this Court's criminal calendar on August 2, 2005, at 9:30 a.m.

   This continuance is requested by the defense in order to review the plea agreement withe the defendant with a certified court interpreter and to finalize the plea agreement.

   **IT IS FURTHER STIPULATED** that time for trial under the Speedy

1  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
2  3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
3  ends of justice served in granting the continuance and allowing the
4  defendant further time to prepare outweigh the best interests of the
5  public and the defendant in a speedy trial.
6       The Court is advised that all counsel have conferred about this
7  request, that they have agreed to the August 2, 2005 date, and that Mr.
8  Wong has authorized Ms. Santos to sign this stipulation on his behalf.
9       **IT IS SO STIPULATED.**
10
11 Dated: July 25, 2005            /S/ Dina L. Santos
                                   DINA L. SANTOS
12                                 Attorney for Defendant
                                   JAIME GUERRA ROSAS
13
14 Dated: July 25, 2005            /S/ William Wong
                                   WILLIAM WONG
15                                 Assistant United States Attorney
                                   Attorney for Plaintiff
16
17                         **O R D E R**
18      **IT IS SO ORDERED.**
19              By the Court,
20
21 Dated: JULY 25, 2005            /s/ Lawrence K. Karlton
                                   HONORABLE LAWRENCE K. KARLTON
22                                 Senior, U.S. District Court Judge
23
24
25
26
27
28

Stipulation and Order                2