McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. No. S-02-366 LKK |
| Plaintiff, ) | |
| ) | ORDER RE: SCHEDULING STATUS |
| v. ) | CONFERENCE, AND EXCLUDING |
| ) | TIME UNDER SPEEDY TRIAL ACT |
| JAIME GUERRA ROSAS, ) | |
| ) | Date: August 23, 2005 |
| Defendant. ) | Time: 9:30 a.m. |
| _____ ) | Ctrm: Hon. Lawrence K. Karlton |

On August 2, 2005, the Court held a status conference in this case.  Assistant United States Attorney William S. Wong appeared on behalf of plaintiff, United States of America.  Dina Santos, Esq., appeared with defendant Jaime Guerra Rosas, who was in custody.

At the request of the defendant, this Court granted a continuance for a further status conference and/entry of plea to August 23, 2005, at 9:30 a.m.  The Court further excluded time from August 2, 2005, to, and including, August 23, 2005, from computation of time within which the trial of this matter must be commenced

///

///

///

1

pursuant to Local Code T4 (to allow the defense counsel reasonable time to go over the plea agreement with the defendant).

```
                                        MCGREGOR W. SCOTT
                                        United States Attorney


DATED: August 15, 2005         By:      /s/ William S. Wong
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney
```

_____

**ORDER**

IT IS SO ORDERED

```
DATED: August 16,2005                   /s/Lawrence K. Karlton
                                        HONORABLE LAWRENCE K. KARLTON
                                        United States District Judge
```

2