DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
JAMIE GUERRA ROSAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAMIE GUERRA ROSAS<br>　　　　Defendant.<br>_____ | No. 2:02-cr-366 LKK<br><br>STIPULATION AND ORDER VACATING<br>DATE, CONTINUING CASE, AND<br>EXCLUDING TIME<br><br>Date:　AUGUST 30, 2005<br>Time:　9:30 a.m.<br>Judge:　Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney William Wong, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant JAIME GUERRA ROSAS, that the status conference scheduled for August 23, 2005, be vacated and the matter be continued to this Court's criminal calendar on August 30, 2005, at 9:30 a.m.

　　This continuance is requested by the defense in order to permit further client consultation concerning finalization of the plea agreement and further negotiations with the prosecution regarding finalization of the plea agreement.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the August 30, 2005 date, and that Mr. Wong has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED**.

Dated: August 16, 2005        /S/ Dina L. Santos
                              DINA L. SANTOS
                              Attorney for Defendant
                              JAIME GUERRA ROSAS

Dated: August 16, 2005        /S/ William Wong
                              WILLIAM WONG
                              Assistant United States Attorney
                              Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: AUGUST 17, 2005        /s/Lawrence K. Karlton
                              HONORABLE LAWRENCE K. KARLTON
                              United States District Judge

Stipulation and Order                    2