```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  WILLIAM S. WONG
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2790
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )  CR. No. S-02-366 LKK
                                )
12                  Plaintiff,  )  ORDER RE: SCHEDULING STATUS
                                )  CONFERENCE, AND EXCLUDING
13              v.              )  TIME UNDER SPEEDY TRIAL ACT
                                )
14  JAIME GUERRA ROSAS,         )  DATE: September 7, 2005
                                )  TIME: 9:30 a.m.
15                  Defendant.  )  CTRM: Honorable Lawrence K. Karlton
    _____)
16
```

On August 30, 2005, the Court held a status conference in this case. Assistant U.S. Attorney William S. Wong appeared on behalf of plaintiff, United States of America. Dina Santos, Esq., appeared with defendant Jaime Guerra Rosas, who was present and in custody.

At the request of the defendant, this Court granted a continuance for a further status conference/entry of plea to September 7, 2005, at 9:30 a.m. The Court further excluded time from August 30, 2005, to, and including, September 7, 2005, from computation of time within which the trial of this matter must be commenced pursuant to Local Code T4 (to allow defense counsel

///

///

1

1 reasonable time to go over changes in the plea agreement with the
2 defendant, and to allow the government to make those changes).

```
                                        MCGREGOR W. SCOTT
                                        United States Attorney

DATED: August 30, 2005       By:  /s/ William S. Wong
                                  WILLIAM S. WONG
                                  Assistant U.S. Attorney
```

**ORDER**

**IT IS HEREBY ORDERED.**

```
DATED: August 31, 2005            /s/Lawrence K. Karlton
                                  HONORABLE LAWRENCE K. KARLTON
                                  SENIOR JUDGE, U.S. DISTRICT COURT
```

```
 1 │ McGREGOR W. SCOTT
   │ United States Attorney
 2 │ WILLIAM S. WONG
   │ Assistant U.S. Attorney
 3 │ 501 "I" Street, Suite 10-100
   │ Sacramento, California 95814
 4 │ Telephone: (916) 554-2790
 5 │
 6 │
 7 │
 8 │               IN THE UNITED STATES DISTRICT COURT
 9 │             FOR THE EASTERN DISTRICT OF CALIFORNIA
10 │
11 │ UNITED STATES OF AMERICA,    )
   │                              )   CR. NO. S-02-366-LKK
12 │         Plaintiff,           )
   │    v.                        )
13 │                              )
   │ JOSE AVALOS-HERNANDEZ, et al.)
14 │                              )
   │         Defendants.          )
15 │ _____)
16 │              **CERTIFICATE OF SERVICE BY MAIL**
   │      The undersigned hereby certifies that she is an employee in the
17 │ Office of the United States Attorney for the Eastern District of
   │ California and is a person of such age and discretion to be
18 │ competent to serve papers.
19 │      That on MARCH 26, 2003 she served a copy of the attached
   │ SUMMARY ORDER by placing said copy in a postpaid envelope addressed
20 │ to the person(s) hereinafter named, at the place(s) and address(es)
   │ stated below, which is/are the last known address(es), and by
21 │ depositing said envelope and contents in the United States Mail at
   │ Sacramento, California.
22 │
   │ Addressee(s):
23 │
   │ ROBERT L. FORKNER, ESQ.
24 │ 811 15$^{TH}$ STREET
   │ MODESTO, CA 95354
25 │
   │ PRECILIANO MARTINEZ, ESQ.
26 │ 801 15$^{TH}$ STREET, SUITE F
   │ MODESTO, CA 95354
27 │
   │                              _____
28 │                              MICHELE RENEÉ RAMIREZ
```

3